# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID PAUL NUSSBAUMER, III

VERSUS

JANETTE KAYE BOWDEN
NUSSBAUMER

NO.  2026 CW 0437

**JUNE 22, 2026**

---

In Re:    Janette Kaye Bowden Nussbaumer, applying for supervisory
          writs, Family Court in and for the Parish of East Baton
          Rouge, No. 237134.

---

**BEFORE:   WOLFE, HESTER, AND FIELDS, JJ.**

**WRIT DENIED.**

**EW**
**CHH**

**Fields, J.,** concurs.  The Motion to Amend Judgment of Divorce
to Correct Clerical Error did not comply with the provisions of
La. Code Civ. P. art. 1951.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT